**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00471-CV

**GERALD J. RUBIN, Appellant**

**V.**

**HELEN OF TROY LIMITED AND HELEN OF TROY NEVADA CORPORATION,**
**Appellees**

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-05923-E

## ORDER

We **GRANT** appellees' May 27, 2015 unopposed first motion for extension of time to

file brief and **ORDER** the brief be filed no later than June 8, 2015.


/s/      CRAIG STODDART
JUSTICE